

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00160-CR

**ARACELI TELLO,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 12-02891-CRF-272

---

## ABATEMENT ORDER

---

The reporter's record in the above cause has not been filed.  The record has apparently not been filed because Appellant's appointed counsel has failed to request that it be prepared.  In a letter dated May 29, 2013, the Clerk of the Court notified Appellant that if she desired to have the reporter's record for appeal, then she must request that it be prepared and simultaneously notify us of that request within twenty-one days after the date of our letter.  The Clerk also notified Appellant that if she did not desire to have the reporter's record for this appeal, she must notify the court within

fourteen days of the date of the letter that the reporter's record would not be requested. The Clerk also warned Appellant that if the reporter's record was not requested within twenty-one days, the appeal would nevertheless proceed on the clerk's record alone. We have received neither the reporter's record nor any response from Appellant.

On further consideration, because Appellant's counsel is appointed, the Court abates this cause to the trial court with instructions to hold a hearing to determine: (1) why Appellant's attorney has failed to request that the reporter's record be prepared and why he has failed to respond to our letter attempting to resolve the issue; (2) whether Appellant's attorney has abandoned the appeal; (3) whether Appellant still desires to proceed with the appeal; (4) whether Appellant is receiving effective assistance of counsel; and (5) whether Appellant desires to represent herself or obtain new counsel. *See* TEX. R. APP. P. 37.3(a)(2).

The trial court shall conduct the hearing within twenty-one (21) days after the date of this order. The trial court clerk and court reporter shall file supplemental records within thirty-five (35) days after the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Cause abated
Order issued and filed September 19, 2013
Do not publish